**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Chapter 7

Kimberly Lynn Lantz and
Jason Anthony Lantz,

Bky. Case No.: 25-30541 (KAC)

Debtors.

---

**ORDER GRANTING RELIEF FROM STAY**

---

This case is before the court on the motion of Coulee Bank for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, including the lack of objection, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1. The motion for relief from stay is granted as follows.
2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that Movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

> That part of Tract A, Registered Land Survey No. 99, Scott County, Minnesota, lying northeasterly of the following-described line:
>
> Beginning at a point on the southeasterly line of said Tract A, distant 970 feet northeasterly (as measured along said southeasterly line) of the most southerly corner of said Tract A; thence northwesterly, parallel with the southwesterly line of Tract A, to its intersection with the northwesterly line thereof and there terminating

commonly known as 1705 3rd Avenue W, Shakopee, Minnesota 55379.

Dated: *May 28, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge