UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In Re:

Chapter 7
Case No. 25-30541

Kimberly Lynn Lantz,

Jason Anthony Lantz,

Debtors.

# REPORT OF SALE

The undersigned trustee of the estate of the debtor named above sold the following property of the bankruptcy estate:

| ASSET | BUYER | AMOUNT |
|---|---|---|
| Real property located at<br>1603 – 3rd Avenue W.<br>Shakopee, MN 55379 | Jerod Sanford<br>10426 Sumter Avenue S.<br>Bloomington, MN 55438 | $145,000.00 |

Pursuant to the Court's Order dated May 1, 2026 [Doc. No. 41] to the buyer listed above for the sum of $65,000.00. The Final Settlement Statement is attached hereto as Exhibit A.
.

Dated: June 8, 2026

/e/ Mary Jo A. Jensen-Carter
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

American Land Title Association

ALTA Settlement Statement - Seller
Adopted 05-01-2015

**Attorneys Title Group, LLC**
**ALTA Universal ID 1149543**
**1054 Centerville Circle**
**Vadnais Heights, MN 55127**

**File No./Escrow No.:** 2026-0062
**Print Date & Time:** May 19, 2026 at 01:38·PM
**Officer/Escrow Officer:** Christopher George
**Settlement Location:** 1054 Centerville Circle
Vadnais Heights, MN 55127

**Property Address:** 1603 3rd Avenue W.
Shakopee, MN 55379

**Buyer:** Jerod Sanford
**Seller:** Bankruptcy Estate of Jason A. Lantz and Kimberly L. Lantz
**Lender:**
**Settlement Date:** May 21, 2026
**Disbursement Date:** May 21, 2026

| **Description** | | | Seller **Debit** | Seller **Credit** |
|---|---|---|---|---|
| **Financial** | | | | |
| Sale Price of Property | | | | $ 145,000.00 |
| **Prorations/Adjustments** | | | | |
| County Taxes 05/21/26 to 07/01/26 | | | | $ 18.35 |
| County Taxes 05/21/26 to 07/01/26 | | | | $ 311.24 |
| **Loan Charges to** | | | | |
| **Other Loan Charges** | | | | |
| **Impounds** | | | | |
| **Title Charges & Escrow / Settlement Charges** | | | | |
| Title- Seller Closing Fee | to | Land Title, Inc. | $ 695.00 | |
| Title- Seller Payoff Processing Fee | to | Attorneys Title Group, LLC | $ 75.00 | |
| Title- Seller Wire/Overnight Fee for Proceeds | to | Attorneys Title Group, LLC | $ 75.00 | |
| Title- Seller Recording Service Fee | to | Attorneys Title Group, LLC | $ 200.00 | |
| **Commission** | | | | |
| Commission | to | Re/Max Results | $ 4,785.00 | |

Copyright 2015 American Land Title Association
All rights reserved

ALTA Settlement Statement Seller - Continued

| | | | Debit | Credit |
|---|---|---|---|---|
| Commission | to | Re/Max Results | $ 3,915.00 | |
| **Government Recording and Transfer Charges** | | | | |
| Recording Fees<br>Deed:$46.00 Mortgage:$0.00 Release:$92.00 | to | Scott County Recorder | $ 92.00 | |
| Conservation Fee | to | Scott County Recorder | $ 5.00 | |
| Transfer Taxes | to | Scott County Recorder | $ 478.50 | |
| Recording Fees- Bankruptcy Orders | to | Scott County Recorder | $ 92.00 | |
| Recording Fees- Discharge of Lis Pendens | to | Scott County Recorder | $ 46.00 | |
| **Payoffs** | | | | |
| Payoff of First Mortgage Loan | to | Royal Credit Union | $ 82,000.00 | |
| **Miscellaneous** | | | | |
| Commission | to | Nathan Genovese | $ 1,500.00 | |
| Reimbursement for Examiner Approval | to | Land Title, Inc. | $ 250.00 | |
| Reimbursements | to | Zachman Realty Group | $ 4,865.00 | |
| Estimated Final Water Bill | to | City of Shakopee | $ 25.04 | |
| Delinquent Taxes (PID # 279020310) | to | Scott County Treasurer | $ 6,040.74 | |
| Delinquent Taxes (PID # 279020300) | to | Scott County Treasurer | $ 627.49 | |
| First Half 2026 Property Taxes (PID # 279020310) | to | Scott County Treasurer | $ 1,428.96 | |
| First Half 2026 Property Taxes (PID No. 279020300) | to | Scott County Treasurer | $ 84.24 | |
| **Subtotals** | | | $ 107,279.97 | $ 145,329.59 |
| **Balance Due TO** | | | $ 38,049.62 | |
| **TOTALS** | | | $ 145,329.59 | $ 145,329.59 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Attorneys Title Group, LLC to cause the funds to be disbursed in accordance with this statement.

Bankruptcy Estate of Jason A. Lantz and Kimberly L. Lantz

By: Mary Jo A. Jensen-Carter
Its: Trustee

Christopher George, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

(2026-0062.PFD/2026-0062/13)
Printed on 05/19/26 at 01:38 PM

American Land Title Association

ALTA Settlement Statement - Borrower/Buyer
Adopted 05-01-2015

**Attorneys Title Group, LLC**
**ALTA Universal ID 1149543**
**1054 Centerville Circle**
**Vadnais Heights, MN 55127**

| | |
|---|---|
| **File No./Escrow No.:** | 2026-0062 |
| **Print Date & Time:** | May 19, 2026 at 11:54 AM |
| **Officer/Escrow Officer:** | Christopher George |
| **Settlement Location:** | 1054 Centerville Circle<br>Vadnais Heights, MN 55127 |
| **Property Address:** | 1603 3rd Avenue W.<br>Shakopee, MN 55379 |
| **Buyer:** | Jerod Sanford |
| **Seller:** | Mary Jo Jensen Carter, as Trustee of the Bankruptcy Estate of Jason A. Lantz and Kimberly L. Lantz |
| **Lender:** | |
| **Settlement Date:** | May 21, 2026 |
| **Disbursement Date:** | May 21, 2026 |

| **Description** | **Buyer Debit** | **Buyer Credit** |
|---|---|---|
| **Financial** | | |
| Sale Price of Property | $ 145,000.00 | |
| Deposit | | $ 2,000.00 |
| **Prorations/Adjustments** | | |
| County Taxes 05/21/26 to 07/01/26 | $ 18.35 | |
| County Taxes 05/21/26 to 07/01/26 | $ 311.24 | |
| **Loan Charges to** | | |
| **Other Loan Charges** | | |
| **Impounds** | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Owner's Title Insurance (optional) to Attorneys Title Group, LLC<br>Coverage: $ 145,000.00<br>Premium: $ 471.25 | $ 471.25 | |
| Title - Settlement/Closing Fee to Attorneys Title Group, LLC | $ 325.00 | |
| Title - Abstract Search to Attorneys Title Group, LLC | $ 395.00 | |
| Title - Title Examination Fee to Attorneys Title Group, LLC | $ 325.00 | |

Copyright 2015 American Land Title Association
All rights reserved

**ALTA Settlement Statement Borrower/Buyer - Continued**

| | | Debit | Credit |
|---|---|---|---|
| **Commission** | | | |
| **Government Recording and Transfer Charges** | | | |
| Recording Fees<br>Deed:$46.00 Mortgage:$0.00 Release:$92.00 | to Scott County Recorder | $ 46.00 | |
| **Payoffs** | | | |
| **Miscellaneous** | | | |
| Broker Commission | to RE/MAX Results | $ 799.00 | |
| **Subtotals** | | $ 147,690.84 | $ 2,000.00 |
| **Balance Due FROM** | | | $ 145,690.84 |
| **TOTALS** | | $ 147,690.84 | $ 147,690.84 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Attorneys Title Group, LLC to cause the funds to be disbursed in accordance with this statement.

5CAC8323B8144E0...
Jerod Sanford

Christopher George, Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

# TRUSTEE'S DEED

**THIS INDENTURE,** made this 8th day of May, 2026 between Mary Jo A. Jensen-Carter, Trustee of the Bankruptcy Estate of Kimberly Lynn Lantz and Jason A. Lantz, Debtor(s), Grantor, and Jerod Sanford, Grantee(s);

WITNESSETH, that whereas the said Kimberly Lynn Lantz and Jason A. Lantz filed a petition for relief under Chapter 7 of the U. S. Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota, on February 26, 2025, as Bky Case No. 25-30541; and

WHEREAS, the Grantor is the Trustee of the Estate of said Debtor(s); and

WHEREAS, said Grantor has sold an interest in the real estate described hereinafter to the Grantee(s), and said Court did on the 1st day of May, 2026 approve said sale;

NOW, THEREFORE, by virtue and in execution of the power granted to her by said Court, and for valuable consideration, the Grantor, as such Trustee does hereby Grant, Bargain, Quitclaim and Convey unto said Grantee(s), all the estate's interest in that certain tract or parcel of land lying and being in the County of Scott, State of Minnesota, and described as follows:

See Attached Exhibit A

together with all the hereditaments and appurtenances thereto belonging, or anywise appertaining.

Mary Jo A. Jensen-Carter,
Trustee of the Bankruptcy Estate of
Kimberly Lynn Lantz and Jason A. Lantz,
Bky Case No. 25-30541

STATE OF MINNESOTA )
)ss
COUNTY OF RAMSEY )

The foregoing instrument was acknowledged by me this 8 day of May, 2026, by Mary Jo A. Jensen-Carter, Trustee in Bankruptcy in the matter of Kimberly Lynn Lantz and Jason A. Lantz, Debtors.

Notary public

CASSANDRA JO WARNER
Notary Public-Minnesota
My Commission Expires Jan. 31, 2028

This instrument was drafted by:

Mary Jo A. Jensen-Carter
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

Tax Statements for the real property described in this instrument should be sent to:

LT File No. 716645

EXHIBIT A

Tract 1:
The West 40.0 feet of Madison Street lying between the North line of Second Street and the South Right of Way line of the Chicago, Milwaukee and St. Paul Railway, together with a piece of land described as follows:
Starting a point Southwesterly from the Southwest corner of Block 13, Koepers Addition to Shakopee at an angle of 18°30' to the South line of said Block 13 and distant 63.4 feet; thence to the right at an angle of 10°10' distant 142.0 feet; thence Northwesterly at an angle of 19°54' to the right 51.0 feet; thence Northwesterly at an angle of 72°23' to the right 84.0 feet more or less to said Right of Way line; thence Northeasterly along said right of way line 200.0 feet more or less to West side of Madison Street; thence Southeasterly on the West side of Madison Street to the place of beginning. Containing 0.51 acres more or less. All in Section 2, Township 115, Range 23, Scott County, Minnesota.

Tract 2:
All that part of Block 13 and Madison Street in Koepers Addition to Shakopee, Scott County Minnesota according to the record plat thereof on file and of record in the office of the Register of Deeds in and for said County and State lying between the Minnesota River and the North Right of way line of the Chicago, Milwaukee and St. Paul Ry. Together with a piece of land described as follows: Starting at a point Southwesterly from the Southwest corner of Block 13 in said Koepers Addition at an angle of 18°30' to the South line of said Block 13 and distant 63.4 feet; thence to the right at an angle of 10°10' 142 feet; thence Northwesterly at an angle of 19°54' to the right 51.0 feet; thence Northwesterly at an angle of 72°23' to the right 190.0 feet more or less to the Northerly right of way of the Chicago, Milwaukee and St. Paul Ry. to the actual point of beginning; thence continuing along the last described course to the Southerly shore of the Minnesota River; thence Northeasterly along said river bank 215.0 feet to the West line of Madison Street; thence Southeasterly on the West side of Madison Street to said Northerly right of way; thence Southwesterly along said Right of Way line to the point of beginning.